UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                                                    Chapter 7
JASON T. NORR and TRACY L. NORR
a/k/a Tracy L. McCarthy Norr,
                                                                              Case No. 15-43967 (cec)

                Debtors.
-----------------------------------------------------X

### SIXTH STIPULATION AND ORDER EXTENDING TRUSTEE AND UNITED STATES TRUSTEE'S TIME TO OBJECT TO THE DEBTORS' DISCHARGE AND/OR MOVE TO DISMISS

**WHEREAS,** Jason T. Norr and Tracy L. Norr (the "Debtors") filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (Brooklyn Division); and

**WHEREAS,** Lori Lapin Jones was appointed the Interim Chapter 7 Trustee (the "Trustee") of the Debtors' estate and has qualified and is acting as permanent Trustee; and

**WHEREAS,** pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines, December 1, 2015 was fixed as the last day to file a complaint objecting to the discharge of the Debtors; and

**WHEREAS,** this Court so ordered a Stipulation extending the last date to file a complaint objecting to the Discharge of the Debtors to February 1, 2016; and

**WHEREAS,** this Court so ordered a Stipulation extending the last date to file a complaint objecting to the Discharge of the Debtors to April 1, 2016; and

**WHEREAS,** this Court so ordered a Stipulation extending the last date to file a complaint objecting to the Discharge of the Debtors to June 1, 2016; and

**WHEREAS,** this Court so ordered a Stipulation extending the last date to file a complaint objecting to the Discharge of the Debtors to August 1, 2016; and

**WHEREAS,** this Court so ordered a Stipulation extending the last date to file a complaint objecting to the Discharge of the Debtors to October 3, 2016; and

**WHEREAS,** the Debtors have consented to a further extension of the Trustee and the United States Trustee's time to object to the Debtors' discharge and deadline to make a motion to dismiss under Section 707 (b) of the Bankruptcy Code.

**NOW, THEREFORE,** it is stipulated and agreed by and between the undersigned that:

1.   The Trustee and the United States Trustee's time to object to the discharge of the Debtors and/or move to dismiss the Debtors' case including under Section 707 (b) of the Bankruptcy Code is extended for a period of through and including December 5, 2016, without prejudice to the Trustee and the United States Trustee's rights to seek a further extension or extensions of such time.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

3. The parties hereto consent to the entry of the stipulation as an order in this proceeding.

Dated: Great Neck, New York
       September 9, 2016

                                      /s/Lori Lapin Jones, Trustee
                                      Lori Lapin Jones
                                      Chapter 7 Trustee

                                      98 Cutter Mill Road
                                      Suite 201 North
                                      Great Neck, New York 11021
                                      Telephone: (516) 466-4110


                                      /s/Kevin B. Zazzera
                                      Kevin B. Zazzera
                                      Attorney for Debtors
                                      182 Rose Avenue
                                      Staten Island, New York 10306
                                      Telephone: (718) 987-2700


SO ORDERED: