# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: mmendieta | Date Created: 4/26/2017 |
| Case: 1−15−43967−cec | Form ID: 318DI7 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones         ljones@jonespllc.com
aty         Kevin B Zazzera          kzazz007@yahoo.com

                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jason T Norr         115 East Raleigh Ave         Staten Island, NY 10310
jdb         Tracy L Norr         115 East Raleigh Ave         Staten Island, NY 10310
smg         NYS Department of Taxation & Finance         Bankruptcy Unit         PO Box 5300         Albany, NY 12205
smg         NYC Department of Finance         345 Adams Street         Office of Legal Affairs         Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance         Attn: Insolvency Unit         Bldg. #12, Room 256         Albany, NY 12240
smg         Office of the United States Trustee         Eastern District of NY (Brooklyn Office)         U.S. Federal Office Building         201 Varick Street, Suite 1006         New York, NY 10014
8652237     Awa Collections         Po Box 6605         Orange, CA 92863
8652238     Citi         Po Box 6241         Sioux Falls, SD 57117
8652239     CitiMortgage, Inc         P O Box 183040         Columbus, OH 43218
8795803     Discover Bank         Discover Products Inc.         PO Box 3025         New Albany, OH 43054−3025
8652240     Discover Fin Svcs Llc         Po Box 15316         Wilmington, DE 19850
8652241     National Recovery Agen         2491 Paxton St         Harrisburg, PA 17111
8652242     Nco Fin/09         507 Prudential Rd         Horsham, PA 19044
8798212     New York State Department of Taxation & Finance         Bankruptcy Section         P O Box 5300         Albany New York 12205−0300
8652243     Ocwen Loan Servicing L         12650 Ingenuity Dr         Orlando, FL 32826
8666944     Ocwen Loan Servicing LLC         c/o LEOPOLD & ASSOCIATES, PLLC         80 Business Park Drive, Suite 110         Armonk, New York 10504
8652244     Penn Credit Corporatio         916 S 14th St         Harrisburg, PA 17104
8652245     Thd/cbna         Po Box 6497         Sioux Falls, SD 57117
8652246     Windsor Square Homeowners Associates         C/O Conti Law Firm − Alfredo P. Conti, E         1110 South Ave., Exe Ste 11         Staten Island, NY 10314

                                                                              TOTAL: 19