| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Jason T Norr** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx−xx−6506** <br> EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 **Tracy L Norr** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN **xxx−xx−5728** <br> EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 271−C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201−1800 | |
| Case number:   **1−15−43967−cec** | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Carla E. Craig <br>
United States Bankruptcy Judge

Dated: July 5, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]